NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-516


ROY ROGERS, JR.

VERSUS

PROGRESSIVE INSURANCE COMPANY


**********


APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 02-064810
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE


**********


BILLY HOWARD EZELL
JUDGE


**********


Court composed of Billie Colombaro Woodard, Michael G. Sullivan, and Billy Howard Ezell, Judges.


AFFIRMED.

Ian Alexander Macdonald
Perret, Doise
P. O. Drawer 3408
Lafayette, LA 70502-3408
(337) 262-9000
Counsel for: Defendant/Appellant
Progressive Insurance Company

Lionel H. Sutton III

**Law Offices of L.H. Sutton III**
**610 Baronne St.**
**New Orleans, LA 70113**
**(504) 586-8899**
**Counsel for: Plaintiff/Appellee**
**Roy Rogers, Jr.**